**EXHIBIT 2:** INFRINGEMENT# 1

URL: http://www.rap-up.com/2018/06/03/kanye-west-redid-ye-album-after-tmz-interview/

