**BARSHAY SANDERS, PLLC**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Dorgan, <br><br> Plaintiff, <br><br> v. <br><br> Rap-Up, LLC, <br><br> Defendant. | **Case No. 2:21-cv-04094-JFW-SK** <br><br> **RESPONSE TO ORDER TO SHOW CAUSE [DKT NO. 12]** |

Plaintiff, as and for its Response to the Court's Order to Show Cause dated May 27, 2021, responds as follows:

1. Plaintiff commenced this action on May 17, 2021 [Dkt. No. 1].

2. Your Honor's Standing Order [Dkt. No. 10] provides that within ten days of a party's initial appearance, lead trial counsel shall file a declaration entitled, "Declaration of Lead Trial Counsel" which shall: (1) notify the Court that counsel has registered as an "CM/ECF User;" (2) include lead counsel's "E-Mail Address of Record;" and (3) confirm that lead counsel has read the Court's Standing Order and the Local Rules."

3. Pursuant to Fed. R. Civ. P. 6(a)(1)(a), Plaintiff had calculated that the

Declaration was due in this matter on May 28, 2021.

4. Plaintiff's Lead Counsel filed its Declaration on May 27, 2021 before 4:00pm PST [Dkt. No. 13].

5. Plaintiff has also sent by overnight delivery the copies to the Court in accordance with paragraph 3(c) of the Standing Order.

6. Accordingly, Plaintiff believes that it has complied with the Standing Order.

7. To the extent that Plaintiff has misinterpreted the Standing Order's instructions in any manner and/or miscalculated the deadline, Plaintiff respectfully requests the Court's forgiveness and requests that the Court not impose any sanction.

DATED: May 27, 2021

**Respectfully submitted,**

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*