**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 121945

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Dorgan,<br><br>            Plaintiff,<br><br>        v.<br><br>Rap-Up, LLC,<br><br>            Defendant. | **Case No. 2:21-cv-04094-JFW-SK**<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO SERVE THE CALIFORNIA SECRETARY OF STATE**<br><br>**HON. JOHN F. WALTER** |

Plaintiff, as and for their response to the Court's Order to Show Cause (Dkt. No. 15), respectfully submit as follows:

Despite diligent efforts which are detailed more fully in the accompanying Declaration of Craig Sanders submitted herewith, Plaintiff has been unable to effectuate service upon Defendant because Defendant's registered agent information on file with the California Secretary of State is inaccessible and/or inaccurate. According, Plaintiff and requests that the Court issue an Order to allow service upon the Office of the Secretary of State on behalf of Defendant, Rap-Up, LLC, a limited liability company in the above-entitled action. The address for service is 9014 Lloyd Place, West Hollywood, CA 90069.

Plaintiff attempted service at the registered address where the Defendant

could have reasonably been personally served.   Seven attempts were made to effectuate service on the following dates:

    May 31, 2021, 7:51am
    June 7, 2021, 4:05pm
    June 9, 2021, 9:01am
    June 12, 2021, 2:41pm
    June 15, 2021, 6:13pm
    June 18, 2021, 8:47am
    June 20, 2021, 1:28pm

Every time an attempt was made to properly serve the summons and complaint, the process server was stopped by a gate blocking access to the residence at which service was to take place.  Despite seven attempts to legally bypass the gate and communicate with individuals in the residence, the process server was never able to get a response. (See Affidavit of Non-Service attached as "Exhibit 1"). Therefore, despite the reasonable diligence set forth above, Defendant's registered agent cannot be found at the addresses and process against Defendant cannot be served with reasonable diligence upon the designated agent.

**WHEREFORE**, for the reasons set forth herein, Plaintiff requests that this Court grant Plaintiff's Motion to serve California Secretary of State and, in accordance with Fed. R. Civ. P. 4(m), extend the time within which the Plaintiff may serve.

DATED: October 18, 2021        Respectfully submitted,

**SANDERS LAW GROUP**

By:   */s/ Craig B. Sanders*
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 122496

*Attorneys for Plaintiff*