**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 121945

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Dorgan,<br><br>                    Plaintiff,<br><br>           v.<br><br>Rap-Up, LLC,<br><br>                    Defendant. | **Case No. 2:21-cv-04094-JFW-SK**<br><br>**DECLARATION OF CRAIG B. SANDERS IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**HON. JOHN F. WALTER** |

1.      I am a partner with the law firm of Sanders Law, PLLC, and am counsel for the Plaintiff, Ryan Dorgan ("Plaintiff") and have knowledge of the facts set forth in this Declaration based upon my review of my records, and would testify as to them in a court of law if required to do so.

2.      I respectfully submit this Declaration in response to this Court's Order to Show Cause, dated October 13, 2021 [Docket No. 15] demanding Plaintiff show cause why this matter should not be dismissed for lack of prosecution.

3.      As is further outlined below, Plaintiff has been diligently pursing service in this matter but has been unable to effectuate service on Defendant. Plaintiff therefore requests that this Court provide Plaintiff with additional time

within which to serve the Defendant, Rap-Up LLC, via the California Secretary of State.

4. By way of background, on May 17, 2021, Plaintiff commenced the instant action for copyright infringement by the filing of a Request for Summons and Complaint in this matter.

5. Immediately upon the issuance of a Summons (Dkt No. 11), my office provided copies of same for service upon the Defendant to our process servers, Pacific Coast Legal Services, Inc.

6. Pacific Coast Legal Services, Inc. attempted to personally serve Defendant (see Affidavit of Non-Service, attached as "Exhibit 1").

7. According to the records of the California Secretary of State the agent of service is a Davin Lazerine at the address 9014 Lloyd Place, West Hollywood, CA 90069.

8. Upon investigation of the above address, it was discovered that the above address is a private gated residence.

9. Pacific Coast attempted service at this address and made seven attempts to effectuate service on the following dates:

   May 31, 2021, 7:51am
   June 7, 2021, 4:05pm
   June 9, 2021, 9:01am
   June 12, 2021, 2:41pm
   June 15, 2021, 6:13pm
   June 18, 2021, 8:47am
   June 20, 2021, 1:28pm

10. Despite making a total seven good faith and diligent attempts to serve the Defendant, Pacific Coast Legal Services, Inc. was unable to effectuate service upon Defendant and has not been able to verify a valid service address.

11. In light of the foregoing, it is respectfully requested that this Court grant Plaintiff's permission to serve the California Secretary of State and extend the time within which Plaintiff may serve the Defendant and file proof of service for a period not to exceed 30 days.

DATED: October 18, 2021

           **SANDERS LAW GROUP**

           By: */s/ Craig B. Sanders*
           Craig B. Sanders, Esq. (Cal Bar 284397)
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           Tel: (516) 203-7600
           Email: csanders@sanderslaw.group
           File No.: 122496

           *Attorneys for Plaintiff*