**Exhibit A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Craig B. Sanders SBN 121892<br>Barshay I Sanders, PLLC<br>100 Garden City Plz Ste 500<br>Garden City, NY 11530<br>ATTORNEY FOR  Plaintiff | (516) 203-7600 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Dorgan, Ryan v. Rap-Up, LLC | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>2:21-cv-04094-JFW-SK |
| Declaration of Reasonable Diligence | | Ref. No. or File No:<br>Dorgan v. Rap-Up, LLC |

Person to Serve: **Rap-Up, LLC**

Documents Received: Summons in a Civil Action; Complaint; Exhibit 1; Exhibit 2

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

| | | |
|---|---|---|
| May 31 2021 | 07:51 AM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. Gated Residence/ No Answer at the Residence. |
| Jun 07 2021 | 04:05 PM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. Gated House/ No Access to the door/ Rang Intercom |
| Jun 09 2021 | 09:01 AM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. No Access to the door./ No Response at Intercom |
| Jun 12 2021 | 02:41 PM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. No access. |
| Jun 15 2021 | 06:13 PM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. No Access / No response at the Intercom. |
| Jun 18 2021 | 08:47 AM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. No Access/ Waited ten minutes. |
| Jun 20 2021 | 01:28 PM | 9014 Lloyd Pl, West Hollywood, CA 90069; Attempted Service. No Access/ No Activity/ No Response at the Neighbor's |

Person attempting service:

a. Name: R. HALL - Registration: 6932 - County: Los Angeles
b. Address: 31 N 2nd St 200, San Jose, CA 95113
c. Telephone number: 408-291-5000
d. The fee for this service was: 184.00
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Declaration of Reasonable Diligence         Invoice #: 4580780

_____
R. HALL                              Date: 08/20/2021

Declaration of Reasonable Diligence                          Invoice #: 4580780