UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Dorgan,<br><br>          Plaintiff,<br><br>     v.<br><br>Rap-Up, LLC,<br><br>          Defendant. | **Case No. 2:21-cv-04094-JFW-SKx**<br><br>**ORDER IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE/ REQUEST TO SERVE THE CALIFORNIA SECRETARY OF STATE**<br><br>**HON. JOHN F. WALTER** |

   Before the Court is Plaintiff's Response to Order to Show Cause and Request to Serve the California Secretary of State. Having carefully considered the papers filed in support of the instant Motion, and for good cause shown; the Court GRANTS Plaintiff's Request as follows:

   (1) The California Secretary of State shall accept service on behalf of Rap-Up, LLC, which has been doing business in the State of California, but does not have a valid registered agent address.

   (2) Pursuant to Fed. R. Civ. P. 4(m), the Plaintiff having shown good cause

why they Defendant has not been served within 90 days of the complaint being filed, extends the time for the completion of service.

(3) Plaintiff shall serve the California Secretary of State with the Summons and Complaint of this instant matter within thirty (30) of the date of this order.

**IT IS SO ORDERED.**

DATED: October 29, 2021 .

_____.
HON JOHN F. WALTER
United States District Court Judge