| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Craig B. Sanders SBN 121892<br>Sanders Law Group<br>100 Garden City Plz Ste 500<br>Garden City, NY 11530<br>ATTORNEY FOR  Plaintiff | (516) 203-7600 | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE:<br>Dorgan, Ryan v. Rap-Up, LLC |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:21-CV-04094-JFW-SK |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>Dorgan v. Rap-Up, LLC |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint Demand for Jury Trail; Exhibit 1-2; Order in Support of Plaintiff's Response to Order to Show Cause/ Request to Serve the California Secretary of State**

On: **Rap- Up, LLC**

I served the summons at:

**1500 11th St, Sacramento, CA 95814**

On: **11/1/2021**          Date: **01:17 PM**

In the above mentioned action by personally serving to and leaving with

**Eric Anderson - Deputy Secretary of State**

Description: **Gender: Male Age: 45 Height: 5'10" Weight: 250 Race: White Hair: Brown**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Matt Leonardo** - Registration: **2009-18** - County: **Sacramento**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was: **77.00**
e. I am an employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Matt Leonardo          Date: **11/04/2021**

Declaration of Service          Invoice #: 5123162